OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
opancheri@santoronevada.com
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
jjimmerson@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorneys for Lawrence Hallier,*
*Hallier Properties, LLC, Panorama*
*Towers Mezzanine, LLC, Hallier*
*Panorama Holdings, LLC, Hallier*
*Group Holdings, Inc., Hallier Investments,*
*LLC, Panorama Towers III, LLC, and*
*Hallier Aviation, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, | Case No. 2:14-cv-00703-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| LAWRENCE HALLIER, HALLIER PROPERTIES, LLC, PANORAMA TOWERS MEZZANINE, LLC, HALLIER PANORAMA HOLDINGS, LLC, HALLIER GROUP HOLDINGS, INC., HALLIER INVESTMENTS, LLC, PANORAMA TOWERS III, LLC, HALLIER AVIATION, LLC, DOES 1-10, AND ROE CORPORATIONS 1-10, | |
| Defendants. | |

WHEREAS Plaintiff has served Defendant Lawrence Hallier with a summons and a copy of the Complaint.  Specifically, Lawrence Hallier, through his counsel, accepted service of process on June 26, 2014, rendering his response to the Complaint due July 17, 2014;

WHEREAS Plaintiff has not yet served Defendants Hallier Properties, LLC, Panorama Towers Mezzanine, LLC, Hallier Panorama Holdings, LLC, Hallier Group Holdings, Inc., Hallier Investments, LLC, Panorama Towers III, LLC, and Hallier Aviation, LLC with a summons and a copy of the Complaint (collectively, the "Corporate Defendants"); and

WHEREAS Lawrence Hallier and the Corporate Defendants (collectively "Defendants") seek to respond to the Complaint at the same time;

THEREFORE, the parties, by and through their counsel, stipulate and agree to the following:

1.     Defendant Lawrence Hallier consents to accepting service of process, through his counsel, on behalf of the Corporate Defendants;

2.     Service on the Corporate Defendants shall be effective upon the entry of this Stipulation and Order;

3.     The acceptance of service on behalf of the Defendants shall not prejudice their rights or defenses concerning any pre-Answer Motions under Fed. R. Civ. P. 12(b) or otherwise, which may be filed in this action; and

4.     The deadline for all Defendants to file an Answer, a pre-Answer Motion, or otherwise respond to the Complaint shall be set for Friday, July 25, 2014.

Dated this 17th day of July, 2014.                    Dated this 17th day of July, 2014.

**SANTORO WHITMIRE**                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 _/s/ James M. Jimmerson_____                _/s/ Vernon A. Nelson, Jr._____
OLIVER J. PANCHERI, ESQ.                     VERNON A. NELSON, ESQ.
Nevada Bar No. 7476                           Nevada Bar No. 6434
JAMES M. JIMMERSON, ESQ.                     6385 South Rainbow Blvd., Suite 600
Nevada Bar No. 12599                          Las Vegas, Nevada 89118
10100 West Charleston Blvd., Suite 250
Las Vegas, Nevada 89135                       *Attorneys for Plaintiff Ace American Insurance Company*

*Attorneys for Defendants Lawrence Hallier, Hallier Properties, LLC, Panorama Towers Mezzanine, LLC, Hallier Panorama Holdings, LLC, Hallier Group Holdings, Inc., Hallier Investments, LLC, Panorama Towers III, LLC, and Hallier Aviation, LLC*

**ORDER**

IT IS SO ORDERED.
DATED: July 18, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

- 2 -