# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | Case No. 2:14-cv-00703-APG-NJK |
| Plaintiff, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| LAWRENCE HALLIER, et al., | |
| Defendants. | |

On June 4, 2015, defendants filed a Notice that some, but not all, of the defendants filed bankruptcy. (Dkt. #80.)  The case was automatically stayed as to those defendants but was not stayed as to the remaining defendants.  It appears that nothing has happened in this case since the bankruptcy filing.

IT IS HEREBY ORDERED that the parties shall file a status report by **January 12, 2016**. The report should discuss whether the case should be stayed in its entirety.

Dated: December 21, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE